IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CASE NO. 23-CR-024-RAW |
| | ) |
| **DEREAK LEE EUBANKS,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW defendant Dereak Lee Eubanks, by and through his court-appointed counsel of record, J. Patrick Quillian, and hereby gives notice of his intent to plead guilty to Counts I and II of the Superseding Indictment in this matter (i.e., as charged) without a plea agreement with the government. Counsel further represents that he is available to conduct the change of plea on the week beginning May 29, 2023, as follows: Tuesday May 30 in the afternoon, any time Wednesday May 31, any time Thursday June 1, and in the morning on June 2. Counsel has spoken to Assistant United States Attorney Zachary Parsons, who indicated that he has full availability next week.

Respectfully,

s/ J. Patrick Quillian
J. Patrick Quillian, OBA#20811
J. Patrick Quillian, PC
1900 Northwest Expressway, Suite 601
Oklahoma City, OK 73118
Phone:  405-418-8888
Facsimile:  405-260-9573
*jpatrickquillianpc@gmail.com*
*Counsel for Dereak Lee Eubanks*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 24th day of May, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing to all ECF registrants that have entered their appearance in this matter, including:

Zachary Parsons, Assistant United States Attorney

                 s/J. Patrick Quillian
                 J. Patrick Quillian, OBA#20811