# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: | CR-23-24-RAW-01 |
| Plaintiff, | ) | | |
| v. | ) | Date: | 05/31/2023 |
| | ) | | |
| DEREAK LEE EUBANKS, | ) | Time: | 10:27 a.m. – 10:47 a.m. |
| Defendant. | ) | | |

## MINUTE SHEET
## CHANGE OF PLEA HEARING

U.S. Magistrate Judge Gerald L. Jackson     Paige Bruce, Deputy Clerk     Reporter - None
                                                                          FTR Courtroom:  4 - Room 420

Counsel for Plaintiff:   Zachary Parsons, AUSA
Counsel for Defendant:   J. Patrick Quillian, Appointed

Defendant appears:  ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;
☐ Defendant advised of right to appear in person   ☐ Defendant consents to proceed via video conference
Defendant:  ☒ Sworn

☒ Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed
☒ Defendant advised of charges and possible penalties
☐ Guideline estimates discussed
☐ Petition to Enter Plea of Guilty and Order Entering Plea

☒ Defendant entered guilty plea to Counts 1-2 of the Superseding Indictment
☐ Plea Agreement:  ☐ terms orally disclosed     ☐ written plea agreement filed     ☒ no written plea agreement
     ☐ Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
     ☐ Remaining Count(s) to be dismissed at sentencing: Count(s)_____

Defendant waived:  ☐ Indictment;   ☒ Jury Trial;   ☐ Speedy Trial;   ☐ 30 Days Preparation;
☐ Separate Representation;   ☒ Waiver(s) accepted by Court

☒ Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

☒ Defendant related facts of charge;   ☒ Government agreed Defendant's statements meet elements of offense

☒ Court findings:   ☒ Defendant found mentally competent to understand charges and proceedings
                    ☒ Factual basis for Defendant's plea;
                    ☒ Defendant is guilty as charged as to Counts 1-2 of the Superseding Indictment

☒ PSI Ordered
☒ Government requested U.S. Magistrate issue Report and Recommendation to District Court with regard to finding of guilt. DENIED (GLJ)
☒ Defendant remanded to custody of USMS.