Prob12A (6/98)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

## Report on Offender Under Supervision

Name of Offender:   Dereak Lee Eubanks          Case Number: CR-23-00024-001-RAW

Name of Judicial Officer: The Honorable Ronald A. White

Date of Original Sentence: January 18, 2024

Original Offense: Ct. 1 – Distribution of Fentanyl, Ct. 2 – Distribution of Fentanyl

Original Sentence: Ct. 1 – 12 months custody, with 3-year term of supervised release, Ct. 2 – 12 months custody to be served concurrently with Ct. 1, with 3-year term of supervised release to be served concurrently with Ct. 1

Type of Supervision:  Supervised Release         Date Supervision Commenced: February 8, 2024

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition** | **You must refrain from any unlawful use of a controlled substance…**<br><br>On March 8, 2024, Mr. Eubanks provided a urine specimen which tested positive for fentanyl, cocaine, and marijuana. The sample was confirmed positive for cocaine, and marijuana through laboratory testing. Mr. Eubanks admitted verbally and in writing to last using fentanyl and cocaine on March 6, 2024.<br><br>U.S. Probation Officer Action: Mr. Eubanks has been verbally reprimanded and re-instructed regarding his conditions of supervision. He has been able to start to outpatient substance abuse treatment and is on random drug testing. The Court will be advised of future violations in this matter. No Court action is requested at this time. |

1

|  | Reviewed and approved, |  | Respectfully submitted, |
|---|---|---|---|
| by: | s/ Robert L. Gwin | by: | s/ Beau Morris |
|  | Robert L. Gwin<br>Supervisory U. S. Probation Officer<br>Date: April 2, 2024 |  | Beau Morris<br>U.S. Probation Officer<br>Date: April 2, 2024 |

[ X ]   The Court concurs that no action be taken at this time
[   ]   Submit a Request for Modifying the Condition or Term of Supervision
[   ]   Submit a Request for Warrant or Summons
[   ]   Other

Dated this 4th day of April, 2024

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE